18-169

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__         Erie _____         Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1. __X__ Narcotics and Other Controlled Substances
              1a. _____ Narcotics and Other Controlled Substances
                        (3 or more Defendants)
              2. _____ Fraud and Property Offenses
              2a. _____ Fraud and Property Offenses
                        (3 or more Defendants)
              3. _____ Crimes of Violence
              4. _____ Sex Offenses
              5. _____ Firearms and Explosives
              6. _____ Immigration
              7. _____ All Others

Defendant's name:                           MICHAEL CASH

Is indictment waived:                 _X_ Yes       ___ No

Pretrial Diversion:                    ___ Yes       _X_ No

Juvenile proceeding:                ___ Yes       _X_ No

Defendant is:                         _X_ Male      ___ Female

Superseding indictment or information    ___ Yes       _X_ No

                Previous case number: _____

If superseding, previous case was/will be:

        _____ Dismissed on defendant's motion
        _____ Dismissed on governments' motion
        _____ After appellate action
        _____ Other (explain)

County in which first offense cited
occurred:                           Cambria County

Previous proceedings before
Magistrate Judge:                 _____

        Case No.:                    _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody   X  is not in custody

Name of Institution: _____

Custody is on: ____ this charge   ____ another charge

____ another conviction

____ State   ____ Federal

Detainer filed: ____ yes   X  no

Date detainer filed: _____

Total defendants: 1

Total counts: 3

Data below applies to defendant No.: 1

Defendant's name: MICHAEL CASH

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(E)(i); 18 U.S.C. § 2 | Unlawfully Dispensing and Distributing a Schedule III Controlled Substance | X |
| 2 | 21 U.S.C. § 846 | Conspiracy to Unlawfully Dispense or Distribute Schedule III controlled substances | X |
| 3 | 18 U.S.C. §§ 1347 and 2 | Health Care Fraud | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

_____
ROBERT S. CESSAR
Assistant U.S. Attorney
PA ID No. 47736